■ In the Matter of MICHAEL GOLODETZ et al., Doing Business as M. GOLODETZ & COMPANY, Respondents, against TIMBLO IRMAOS LIMITADA, Appellant.— Order and judgment unanimously affirmed, with costs to petitioners-respondents. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of DWELLING MANAGERS, INC., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, State Rent Administrator. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of 1501 BROADWAY CORPORATION, Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— Final order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD NELSON MELVIN, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. TANNEYHILL J. MONROE.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EARNEST BEAL.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ MURRAY SORIN et al., v. SOLOMON E. SHAHMOON et al.— Motion granted to the extent of staying the trial of this action pending hearing and determination of the appeal, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before December 26, 1958, with notice of argument for January 6, 1959, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

# (November 6, 1958)

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIS JOHNSON.— Motion for resettlement denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN H. BALDWIN.— Motion denied upon the ground that the appeal was not timely filed pursuant to section 521 of the Code of Criminal Procedure within 30 days after service of a copy of the order appealed from, with notice of entry thereof. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

# (November 18, 1958)

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL LIVIGNE.— Motion to dismiss appeal granted. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.